[No. 17289.  *En Banc.*  July 7, 1922.]

W. R. BURKE et al., *Appellants,* v. JOHN P. DUKE, as
*Supervisor of Banking, Respondent.*[1]

Appeal from a judgment of the superior court for King county,
Ronald, J., entered March 21, 1922, in favor of the defendant, upon
sustaining a demurrer to the complaint, in an action to establish a
claim against an insolvent bank. Affirmed.

*Alexander, Bundy & Swale,* for appellants.
*W. V. Tanner* and *John P. Garvin,* for respondent.

MACKINTOSH, J.—This is a companion case to the cases of *Duke
v. Force, ante* p. 599, 208 Pac. 67, and *Duke v. Burke, ante* p. 694, 208
Pac. 77. Burke, who was a stockholder in the Scandinavian-Ameri-
can Bank of Seattle, seeks to establish his claim for $7,000 against
the insolvent bank, that being the amount he paid under an assess-
ment of the board of directors, pursuant to directions of the· bank
examiner, made in 1920, and presents the question whether the
one-hundred per cent assessment made by the board of directors in
1920 was legal, and if illegal whether the payment can be recovered.
We have decided in the *Force* case, *supra,* that the assessment was
illegal, but that the stockholder is estopped by his delay and the
result of his conduct from now being entitled to share with the
other creditors to the extent of the illegal payment exacted from
him.

On the authority of the *Force* case, *supra,* the judgment in this
case is affirmed.

PARKER, C. J., BRIDGES, MAIN, HOLCOMB, TOLMAN, MITCHELL, and
HOVEY, JJ., concur.

[1]Reported in 208 Pac. 77.